# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **GILBERTO RODRIGUEZ,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:17-cv-00274-MOC |
| | ) | 1:15-cr-00041-MOC-DLH |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2017 Order.

December 20, 2017

Frank G. Johns, Clerk
United States District Court